FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

MAR 27 2014

D. MARK JONES, CLERK
BY _____
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JAMES PASCAL,<br><br>Defendant. | JURY VERDICT<br><br>Case No. 2:13CR763DAK<br><br>Judge Dale A. Kimball |

1. As to Count 1, we, the duly impaneled jury in the above-entitled case, find the Defendant, Michael James Pascal,

   _____ NOT GUILTY    __X__ GUILTY

2. As to Count 2, we, the duly empaneled jury in the above-entitled case, find the Defendant, Michael James Pascal,

   _____ NOT GUILTY    __X__ GUILTY

DATED this __27__ day of March, 2014.

_____
JURY FOREPERSON